Commonwealth *v.* Garner, Appellant.

Submitted November 8, 1971. *Chris Vlachos,* Public Defender, for appellant; *Jack H. France,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Garrett, Appellant.

Argued November 8, 1971. *J. Graham Sale, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.